In the Matter of the Application of WILLIAM H. NAM-MACK, Appellant, for a Writ of Mandamus against JAMES C. CREELMAN et al., Composing the Municipal Civil Service Commission of the City of New York, Respondents.

*Matter of Nammack* v. *Creelman*, 145 App. Div. 289, affirmed.

(Argued June 3, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department,

entered June 16, 1911, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to recognize the petitioner as a coroner's physician and to certify to his name as such upon the payrolls.

*John J. Curtin* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Elliot S. Benedict* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Absent: WILLARD BARTLETT, J.